IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**NOEL K. BANGO,**

    **Petitioner,**

vs.                                          Case No. 4:06cv39-SPM/WCS

**JAMES MCDONOUGH,**

    **Respondent.**

_____/

### REPORT AND RECOMMENDATION TO DISMISS § 2254 PETITION

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging placement in disciplinary confinement and loss of gain time following a disciplinary hearing for disobeying a verbal order. Doc. 1. Pursuant to court order, doc. 4, Petitioner filed "supplemental data" clarifying his claim. Doc. 5. Respondent filed an answer and portions of the record, asserting that the petition should be denied. Doc. 7. Petitioner did not file a reply.

An order was entered noting that Petitioner was released from the Florida Department of Corrections (DOC) on August 1, 2006, that he had not notified the court of his new address, and that his petition could be moot. Doc. 8 (incorporated herein by

reference), *citing* Spencer v. Kemna, 523 U.S. 1, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998).

The clerk was directed to note Petitioner's new address (obtained by the court from the DOC website), and Petitioner was directed to show cause why his petition should not be dismissed as moot.  Doc. 8, p. 2.  Petitioner did not file a response.

As Petitioner is no longer in custody, his claim relating to gain time lost as a result of his disciplinary proceeding is moot.  *See also* 3:06cv18-LC/EMT (doc. 30) and 3:06cv19-LC/EMT (doc. 20) (recommendations that § 2254 petitions challenging other disciplinary proceedings be dismissed as moot).

It is therefore respectfully **RECOMMENDED** that this § 2254 proceeding be **SUMMARILY DISMISSED** as moot.

**IN CHAMBERS** at Tallahassee, Florida, on October 27, 2006.


　　　　　　　　　　　　　　　　 S/    William C. Sherrill, Jr.
　　　　　　　　　　　　　　　**WILLIAM C. SHERRILL, JR.**
　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.