IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NOEL K. BANGO,

      Petitioner,

vs.                                         CASE NO. 4:06cv39-SPM/wcs

JAMES MCDONOUGH,

      Respondent.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated October 27, 2006 (doc. 9).  Petitioner has been given an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference in this order.

2. This § 2254 proceeding is summarily dismissed as moot.

DONE AND ORDERED this 27th day of December, 2006.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge